PROB 12B
(NYEP-11/25/02)

Sr. USPO Richard James/Brooklyn, NY

# United States District Court

for the

# Eastern District of New York

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   DEC 0 1 2008   ★

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

LONG ISLAND OFFICE

Name of Offender: DIBENEDETTO, Joseph          Case Numbers: 00-CR-522-02&02-CR-1493-01

Name of Sentencing Judicial Officer:   Leonard D. Wexler, Senior U.S. District Judge

Date of Original Sentence:          June 18, 2004

Original Offense:          Conspiracy To Commit Racketeering Activity, 18 USC 1962(c) & 1963, and
Conspiracy To Commit Extortion, 18 USC 894, both class C Felonies.

Original Sentence:   Fifty-six (56) months custody followed by three (3) years supervised release, $102,826.00 restitution, a $10,000.00 fine, and a $100.00 special assessment.

Type of Supervision:   Supervised Release          Date Supervision Commenced:   October 28, 2008

## PETITIONING THE COURT

___   To extend the term of supervision for _____ years, for a total term of _____ years.

**X**   To modify the conditions of supervision as follows:

**The defendant shall not associate through mail, electronic mail, telephone, or in person, with any member or associate, past, present or future, of the Luchese Crime Family, or any other Organized Crime Family, named in a prohibition list to be provided by the Probation Department.**

Page 2

## CAUSE

The Court should be aware that the offender is a reputed soldier in the Luchese Crime Family. We believe that it is not in the offenders best interest to continue any relationships with anyone associated with the Luchese Crime Family, or any other Organized Crime Family. Additionally, we believe that the aforementioned modification will be an appropriate deterrent and warning against any continued associations. The release has agreed to the modification and has executed the attached Probation Form 49 waiving his rights to a hearing.

Respectfully submitted by,

Richard L. James
Senior U.S. Probation Officer
Date: 11/10/08

Approved by,

Guillermo G. Figueroa
Supervising U.S. Probation Officer
Date: 11/10/08

THE COURT ORDERS:

☐ No Action

☐ The Extension of Supervision as Noted Above

☑ The Modification of Conditions as Noted Above

☐ Other

Signature of Judicial Officer

Nov. 14, 2008
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NEW YORK

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The releasee shall not associate through mail, electronic mail, telephone, or in person, with any member or associate, past, present, or future, of the Luchese Crime Family, or any other Organized Crime Family, named in a prohibition list to be provided by the Probation Department.**

Witness: _____
Richard L. James
Senior U.S. Probation Officer

Signed: _____
JOSEPH DIBENEDETTO
Supervised Releasee

Date
10/30/08